JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 3834 WINDANSEA ST, a Nevada limited liability company,<br><br>              Plaintiff,<br><br>v.<br><br>SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>              Defendant. | Case No. 2:22-cv-01188-JAD-DJA<br><br>**Stipulation to Extend the United States' Deadline to Answer (First Request)** |

Plaintiff Saticoy Bay LLC Series 3834 Windansea St ("Plaintiff") and Defendant Secretary of the United States of America Department of Housing and Urban Development ("Defendant") by and through counsel undersigned, stipulate as follows:

    1.    Plaintiff filed its Complaint July 25, 2022.

    2.    Plaintiff served the United States with a copy of the Summons and Complaint on August 01, 2022.

    3.    The current deadline for Defendant to answer or otherwise respond is September 30, 2022.

    4.    The parties agree that the United States shall have 60 additional days to file an answer or other responsive pleading on behalf of Defendant. The parties request this additional time to allow them to engage in discussions directed at resolving this matter. The parties have begun those discussions and hope they can resolve the matter

1    without the need for additional cost or further court intervention.

2         5.      This stipulation is made in good faith and not for the purpose of delay.

3    Therefore, the parties request that the Court extend the deadline for the United States to

4    answer or otherwise respond by 60 days to November 29, 2022.

5

6         Respectfully submitted this 29th day of September 2022.

7

8

9    ROGER P. CROTEAU &                    JASON M. FRIERSON
     ASSOCIATES, LTD.                      United States Attorney
10
      _/s/ Roger Croteau_____     _/s/ Stephen R. Hanson II_____
11   ROGER P. CROTEAU                      STEPHEN R. HANSON II
     2810 West Charleston Blvd., Ste. 67   Assistant United States Attorney
12   Las Vegas, NV 89102
13   *Attorney for Plaintiff*

14

15

16                                         IT IS SO ORDERED:

17

18

19   _____

20   DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE
21
     DATED:  September 30, 2022
22

23

24

25

26

27

28

                                        2