JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 3834 WINDANSEA ST, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendant. | Case No. 2:22-cv-01188-JAD-DJA<br><br>**Stipulation and Disclaimer and Order**<br><br>ECF No. 5 |

    Plaintiff Saticoy Bay LLC Series 3834 Windansea St ("Plaintiff") and Defendant Secretary of the United States of America Department of Housing and Urban Development ("Defendant") by and through counsel undersigned, stipulate as follows:

    1.    This stipulation pertains to the property at 3834 Windansea Street, Las Vegas, Nevada, that is the subject of the Plaintiff's complaint, hereinafter referred to as the "Subject Property."

    2.    Plaintiff alleges in this action that it acquired the Subject Property at a foreclosure sale. Plaintiff also alleges that defendant HUD held a deed of trust on the property that the complaint describes in its paragraph 11 as a deed of trust recorded on August 22, 2016, in Book 20160822 as instrument No. 0065. A copy of that deed of trust, referred to in the complaint and hereinafter as the "HUD SUB-DOT" is attached to the plaintiff's complaint as Exhibit 2. Plaintiff's complaint alleges the HUD SUB-DOT was

extinguished by operation of law under NRS 116.3116 at the foreclosure whereby plaintiff acquired title to the Subject Property.

3. Defendant disclaims any interest in the HUD SUB-DOT described in paragraph 2, above. HUD is the current holder of the beneficial interest in the HUD SUB-DOT and thus can make a current disclaimer. The HUD SUB-DOT is no longer an encumbrance on the real property as a result of the homeowners' association (Tahoe Property Owners Association) foreclosure as exercised under NRS 116.3116 on September 23, 2019.

4. Plaintiff agrees and stipulates that no money judgment shall be taken against any Defendant.

5. Plaintiff shall provide to the United States Attorney's Office a copy of any decree, judgment, or order in this matter by mailing these documents to the attention of the undersigned Assistant U.S. Attorney at the United States Attorney's Office.

6. Defendant shall bear its own costs and attorneys' fees incurred in this case, and Plaintiff shall not seek to recover costs or attorneys' fees from The United States of America or any of its Agencies.

7. The parties agree that for purposes of this litigation this Defendant is to be treated as a non-party, including as follows: this Defendant is not required to participate with respect to discovery, is not required to file a responsive pleading, and is not required to attend or participate in hearings or trial.

8. This stipulation is not to be construed as a release or waiver of any other liens or interest that may be held by the United States of America or its officers, agencies, or assigns upon the Subject Property or upon any other property, including, but not limited to, any tax liens asserted by the Department of the Treasury or the Internal Revenue Service. This stipulation shall not prejudice any other rights The United States of America or any of its Agencies or Departments has against any of the parties to this action or any persons not parties to this action.

1. 9. Plaintiff may incorporate the terms of this Stipulation into a comprehensive final judgment consistent the terms of this Stipulation and the relief prayed for in the Complaint.

Respectfully submitted this 29th day of November 2022.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Roger P. Croteau
ROGER P. CROTEAU
2810 West Charleston Blvd., Ste. 67
Las Vegas, NV 89102
*Attorney for Plaintiff*

JASON M. FRIERSON
United States Attorney

/s/ Stephen R. Hanson II
STEPHEN R. HANSON II
Assistant United States Attorney

## ORDER

With good cause appearing and for the reasons stated at the December 28, 2022, hearing on this stipulation [ECF No. 5], IT IS SO ORDERED. If no further action is taken in this case by March 15, 2023, this case may be dismissed and closed without further prior notice.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 28, 2022