**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Saticoy Bay LLC Series 3834 Windansea St., a Nevada Limited Liability Company,<br><br>    Plaintiff<br><br>v.<br><br>Secretary of the United States Department of Housing and Urban Development,<br><br>    Defendant | Case No.: 2:22-cv-01188-JAD-DJA<br><br>**Order Dismissing and Closing Case** |

On December 28, 2022, and after a hearing on this case, this court ordered that "[i]f no further action is taken in this case by March 15, 2023, this case may be dismissed and closed without further prior notice.[1]  Because no further action was taken by that deadline and it appears there is nothing left to resolve,

IT IS ORDERED that this case is DISMISSED.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
March 17, 2023

---

[1] ECF No. 7.